

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-01055-CV

Nora **ESTRADA**,
Appellant

v.

**LEGACY HOME HEALTH AGENCY, INC.**, Legacy Home Care Services, Inc. D/B/A All
Seasons Home Care, and Restorative Health Services, LLC d/b/a Coastal Homehealth Care,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09053
Honorable Monique Diaz, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's November 14, 2023 order denying appellant Nora Estrada's amended motion to transfer venue and motion to sever is AFFIRMED. The February 20, 2024 motion to dismiss filed by appellees Legacy Home Health Agency, Inc., Legacy Home Care Services, Inc. D/B/A All Seasons Home Care, and Restorative Health Services, LLC d/b/a Coastal Homehealth Care is DENIED.

We ORDER appellees, Legacy Home Health Agency, Inc., Legacy Home Care Services, Inc. D/B/A All Seasons Home Care, and Restorative Health Services, LLC d/b/a Coastal Homehealth Care, shall recover their costs incurred in this court from appellant Nora Estrada.

SIGNED April 16, 2025.

_____
Lori Massey Brissette, Justice